JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Lifecare Hospital of South Texas

## DEFENDANTS
Suburban Teamsters of Northern Illinois Welfare Fund

**B-01-130**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Hidalgo
(EXCEPT IN U.S. PLAINTIFF CASES)

United States District Court
Southern District of Texas
FILED

JUL 3 0 2001

Michael N. Milby
Clerk of Court

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Illinois
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Bruce W. Hodge
Hodge, James & Hernandez, L.L.P.
134 E. Van Buren, Suite 310
Harlingen, Texas 78550

ATTORNEYS (IF KNOWN)
Barry G. Collins, Robert S. Greenfield, Asher,
Gittler, Greenfield & D'Alba, 125 S. Wacker Dr.,
Ste. 1100, Chicago, Ill 60606/(312) 263-1500
Benigno (Trey) Martinez, Martinez & Barrera, LLP
1201 E. Van Buren, Brownsville, Tx 78520

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

29 U.S.C. ss186(c)(5), 1002(1), 1002(37)(A), 1132(f), 28 U.S.C. 1441(a), 1446(b)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ not to exceed $70,000

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ YES   ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE  7/30/01

SIGNATURE OF ATTORNEY OF RECORD  _[signature]_ by permission of Barry Collins

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

/

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
~~ENTERED~~ *Filed*

JUL 3 0 2001

LIFECARE HOSPITAL OF SOUTH TEXAS    )
                                    )
            Plaintiff,              )
                                    )
    vs.                             )
                                    )
SUBURBAN TEAMSTERS OF NORTHERN      )
ILLINOIS WELFARE FUND               )
                                    )
            Defendant.              )

~~Michael N. Milby~~, Clerk of Court

CIVIL ACTION NO. B - 0 1 - 130

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND**, Defendant in the above entitled and numbered cause, and, subject to and without waiving any anticipated Motion to Transfer Venue, files, pursuant to 28 U.S.C. § 1446, this its Notice of Removal of the present cause from the 357th Judicial District of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court as follows:

1.     Plaintiff's action, originally brought in the District Court of Cameron County, 357th Judicial District, was filed on July 2, 2001, and served upon Defendant on July 9, 2001.  The Petition alleges misrepresentation, fraud and deceptive trade practices under the Texas Insurance Code.  Plaintiff also seeks punitive damages.

2.     The Summons and Petition, copies of which are attached hereto, constitute all process, pleadings and orders that have been served in this action.

3. The Defendant Fund is a multi-employer "employee welfare benefit plan" within the meaning of 29 U.S.C. §§ 186(c)(5), 1002(1) and 1002(37)(A).

4. In the Petition, Plaintiff claims that the Fund wrongfully denied coverage based upon the beneficiary's pre-existing condition.

5. Pursuant to 29 U.S.C. § 1132(f), this Court has original jurisdiction over this lawsuit because this is a civil action brought by an alleged assignee of a welfare fund participant to recover benefits allegedly due the participant under the terms of Defendant Fund's Plan of Benefits and/or to clarify the participant's right to benefits under the terms of the Fund's Plan of Benefits.

6. Pursuant to 28 U.S.C. 1441(a), this action is one that may be removed to this Court because this Court has original jurisdiction over the lawsuit pursuant to 29 U.S.C. § 1132(f).

7. Upon filing of this Notice of Removal of this cause written notice of the filing by petitioner to Plaintiff and its counsel will be provided as required by law. A copy of this notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

8. This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days of service of Plaintiff's Original Petition.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for removal of the above entitled and numbered cause from the 357th Judicial District of Cameron County, Texas, to this Honorable Court.

Respectfully Submitted,

**ASHER, GITTLER, GREENFIELD & D'ALBA**

By: _Barry Collins   w/ permission BM_

~~Barry G. Collins~~
Illinois State Bar No. 3126979
Northern District of Illinois Federal
Admissions No. 03126979
Attorney In Charge
Robert S. Greenfield
Illinois State Bar No. 6243023
Northern District of Illinois Federal
Admissions No. 06243023
125 South Wacker Drive, Suite 1100
Chicago, Illinois 60606
Ph. (312) 263-1500
Fax (312) 263-1520

**MARTINEZ & BARRERA, L.L.P.**
Benigno (Trey) Martinez
State Bar No. 00797011
Federal Admissions No. 23945
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

ATTORNEYS FOR DEFENDANT,
**SUBURBAN TEAMSTERS OF
NORTHERN ILLINOIS WELFARE
FUND**

CVISPDF - www.fastio.com

CAUSE NO.: 2001-07-3038-E

| | | |
|---|---|---|
| LIFECARE HOSPITAL OF<br>SOUTH TEXAS | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§ | 357th JUDICIAL DISTRICT |
| SUBURBAN TEAMSTERS<br>OF NORTHERN ILLINOIS<br>WELFARE FUND | §<br>§<br>§ | HIDALGO COUNTY, TEXAS |

FILED
9:00
JUL 0 2 2001
DISTRICT COURT OF CAMERON COUNTY, TEXAS

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES your Plaintiff, LIFECARE HOSPITAL OF SOUTH TEXAS LIFECARE who brings this action against Defendant Suburban Teamsters of Northern Illinois Welfare Fund and would respectfully show the Court as follows:

### I.

Plaintiff plans to proceed under discovery Level II.

### II.

Plaintiff Lifecare Hospital of South Texas is located in Edinburg, Texas. Lifecare is in the business of providing medical services to patients in the South Texas Area. Defendant, Suburban Teamsters of Northern Illinois Welfare Fund is an insurance company providing insurance benefits and services to its union members and their families. Defendant may be served with citation by certified mail return receipt requested to:

> Chuck Jedlinle
> Suburban Teamsters of
> Northern Illinois Welfare Fund
> 1275 West Roosevelt Road
> Unit 120
> West Chicago, Illinois 60185

The events in question all occurred in Edinburg, Texas and therefore venue is proper in Hidalgo, County, Texas.

### III.

A.    This case revolves around a patient, Maria L. Puente, who was cared for and treated at the Lifecare Hospital of South Texas beginning January 16, 1999 for fourteen days.

B.    Prior to admission, Lifecare representatives in Edinburg, Texas verified with Defendant's agents, employees or representatives that insurance coverage was available for Lifecare's care and treatment of Ms. Puentes.  After verifying coverage, Lifecare accepted Ms. Puentes for care and treatment.

C.    Pursuant to and relying on the insurance coverage confirmation, Lifecare admitted Ms. Puentes and she began receiving needed care and treatment.

D.    Long after confirming coverage, Defendant denied there was insurance coverage for the care and treatment received by Ms. Puente at Lifecare.  Defendant now denies coverage based upon its patiently unsupportable position that Ms. Puente suffered from a pre-existing condition which was excluded from coverage.

E.    Notice of the claim for payment has been given to Defendant repeatedly.  Defendant refuses to pay benefits.

### IV.

A.    Defendant's actions as set forth above in paragraph III constitute misrepresentation, fraud and deceptive trade practices.  Plaintiff sues Defendant for misrepresentation, fraud and deceptive trade practices under article 21.21 of the Texas Insurance Code.  Article 21.21, sec. 16(a) further provides a cause of action to persons injured by the misrepresentation and deceptive trade

practices of persons in the insurance business. Plaintiff further sues Defendant for violation of the
Texas Deceptive Trade Practices Act (Tex. Bus. & Com.Code).

V.

Plaintiff sues Defendant for negligent misrepresentation. It is the current business practice
in the health industry for providers of medical care to verify insurance coverage before accepting
patients for treatment. Defendant was aware or should have known that Plaintiff would rely on its
representations of coverage in deciding whether to accept Ms. Puentes for treatment. Defendant
owed a duty to Plaintiff to verify coverage properly and with due care. Defendant negligently
misrepresented coverage. Plaintiff relied on Defendant's representations and Plaintiff's damages
were foreseeable.

VI.

Plaintiff further sues Defendant for common law fraud and misrepresentation. Defendant's
actions as set forth in paragraph III constitute misrepresentation and fraud. Plaintiff further sues
Defendant for common law breach of contract. Defendant entered into a contract with Plaintiff to
cover Ms. Puentes care and treatment. Defendant breached this contract resulting in damages to
Plaintiff.

VII.

Plaintiff has incurred damages as a result of relying on the representations of coverage made
by Defendant. Plaintiff sues Defendant for actual damages, court costs and reasonable and necessary
attorney's fees under the common law, the Insurance Code and the Deceptive Trade Practices Act.

VIII.

Limitations should be extended for a period of 180 days on the ground that Defendant
engaged in conduct solely calculated to induce Plaintiff to refrain from or postpone the
commencement of this action.

IX.

Plaintiff further sues for punitive damages. Defendant acted with malice and fraud in misrepresenting the policy to Plaintiff and then refusing to pay under various pretextual excuses for not doing so.

WHEREFORE, Plaintiff prays that the Defendant be duly cited to appear and answer herein; and that upon a final trial of this cause, Plaintiff recover:

1.  Judgment including treble damages, against Defendant for Plaintiff's damages as set forth above.

2.  Pre-judgment interest at the legal rate from the date of injury through the date of judgment and at the maximum rate allowed;

3.  Post-judgment interest on Plaintiff's damages as allowed by law;

4.  Attorney fees and expert fees.

5.  Costs of court; and

6.  Such other and further relief to which Plaintiff may be entitled.

7.  Defendant seeks no more than $70,000 for all damages requested in this lawsuit, including attorney fees, court costs, punitive and actual damages.

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
134 E. Van Buren, Suite 310
Harlingen, Texas 78550
Tel: (956) 425-7400
Fax: (956) 425-7707

By: _____
BRUCE W. HODGE
State Bar No. 09751700

**Attorneys for Plaintiff**

Case 1:01-cv-00130   Document 1   Filed in TXSD on 07/30/2001   Page 9 of 21

```
                                                    PAGE: 01

*  *  *   C L E R K ' S   E N T R I E S   *   *   *   *        2001-07-003038-E


SOUTH TEXAS        00306601                          (06)            07      02    01
                   HON. BRUCE W. HODGE
                   134 E VAN BUREN ST,  STE. 310     BREACH OF CONTRACT
                   HARLINGEN, TX      78550 0000

ERN ILLINOIS WELFARE

                                        07/02/01  ORIGINAL PETITION FILED
                                        07/03/01  CITATION (CM): SUBURBAN TEAMSTERS OF
                                                  NORTHERN ILLINOIS
                                        07/03/01    SERVED: 07/09/01    FILED: 07/16/01
```

CutePDF - www.fxesio.com

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

### No. 2001-07-003038-E

## T H E   S T A T E   O F   T E X A S    ORIGINAL

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS
    SERVING CHUCK JEDLINLE
    1275 WEST ROOSEVELT ROAD
    UNIT 120
    WEST CHICAGO, ILLINOIS 60185

the _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 357th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____ PETITION _____ was filed on _ JULY 02, 2001 _.  A copy of same accompanies this citation.

The file number of said suit being No. 2001-07-003038-E.

The style of the case is:

LIFECARE HOSPITAL OF SOUTH TEXAS
VS.
SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE

Said petition was filed in said court by _____ HON. BRUCE W. HODGE (Attorney for _____ PLAINTIFF _____), whose address is 134 E VAN BUREN ST, STE. 310   HARLINGEN, TX  78550 _____.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the _3rd day of _ JULY _, A.D. 2001.

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY OF MAIL |
|---|---|

**CERTIFICATE OF DELIVERY OF MAIL**

**ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE**

Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

NAME OF PREPARER _____ TITLE

ADDRESS _____

CITY _____ STATE _____ ZIP

I hereby certify that on the __3rd__ of __JULY__ __2001__, I mailed to

__SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS__

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. __0628011026__
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA _____, District Clerk
Cameron County, Texas

BY _____, Deputy

FILED 10:25 O'CLOCK ___M
AURORA DE LA GARZA DIST. CLERK
JUL 30 2001
DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

## CAUSE NO. 2001-07-3038-E

| | | |
|---|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS | ) | |
| | ) | |
| **Plaintiff,** | ) | IN THE DISTRICT COURT |
| | ) | |
| vs. | ) | 357TH JUDICIAL DISTRICT |
| | ) | |
| SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND, | ) | CAMERON COUNTY, TEXAS |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS **WELFARE FUND**, Defendant herein, and file this Notice of Appearance of Local Counsel, and would respectfully show the Court as follows:

I.

Defendant hereby advises the Court and all counsel of record of the appearance of Mr. Benigno (Trey) Martinez, as Local Counsel for Defendant, and he may be served with all notices, correspondence and pleadings as follows:

Mr. Benigno (Trey) Martinez
**MARTINEZ & BARRERA, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
State Bar No. 00797011
Ph. (956) 546-7159
Fax (956) 544-0602

WHEREFORE, Defendant respectfully requests that all future notices, correspondence and pleadings be served upon the undersigned as counsel for Defendant and on Co-Counsel as indicated above.

1

Respectfully submitted,

**ASHER, GITTLER, GREENFIELD & D'ALBA**

By: _Barry Collins w/permission BM_

'Barry G. Collins
Illinois State Bar No. 3126979
Robert S. Greenfield
Illinois State Bar No. 6243023
125 South Wacker Drive, Suite 1100
Chicago, Illinois 60606
Ph. (312)263-1500
Fax (312)263-1520

**MARTINEZ & BARRERA, L.L.P.**
Benigno (Trey) Martinez
State Bar No. 00797011
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

**ATTORNEYS FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of July 2001, a true and correct copy of

the foregoing Notice of Appearance was forwarded to counsel of record as follows:

Bruce W. Hodge
**HODGE, JAMES & HERNANDEZ, L.L.P.**
134 E. Van Buren
Suite 310
Harlingen, TX  78550

Barry G. Collins

3

## CAUSE NO: 2001-07-3038-E

| | | |
|---|---|---|
| **LIFECARE HOSPITAL OF SOUTH TEXAS** | ) | |
| | ) | |
| **Plaintiff,** | ) | **IN THE DISTRICT COURT** |
| | ) | |
| **vs.** | ) | **357TH JUDICIAL DISTRICT** |
| | ) | |
| **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND,** | ) | **CAMERON COUNTY, TEXAS** |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:     Clerk of the Cameron County Court, 357th Judicial District

and

Bruce W. Hodge
**HODGE, JAMES & HERNANDEZ, L.L.P.**
134 E. Van Buren, Suite 310
Harlingen, Texas  78550

Please take notice that on July 30, 2001, Defendant filed a Notice of Removal of the cause styled: Lifecare Hospital of South Texas v. Suburban Teamsters of Northern Illinois Welfare Fund, originally filed in the 357th Judicial District Court of Cameron County Texas under the aforementioned Cause Number, a copy of which is attached hereto, with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division.  Said Notice of Removal is being filed with the Clerk of the 357th Judicial District Court to effect a removal to the above mentioned District Court of the United States and the State Court action shall not proceed unless the cause is remanded.

WITNESS the signature of Defendant, through their attorney acting on its behalf as local counsel, on this the 30th day of July, 2001.

Respectfully Submitted,

**MARTINEZ & BARRERA, L.L.P.**

By: _____

Benigno (Trey) Martinez
State Bar No. 00797011
Federal Admissions No. 23945
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

Barry G. Collins
Illinois State Bar No. 3126979
Northern District of Illinois Federal
Admissions No. 03126979
Robert S. Greenfield
Illinois State Bar No. 6243023
Northern District of Illinois Federal
Admissions No. 06243023
**ASHER, GITTLER, GREENFIELD &
D'ALBA, LTD.**
125 South Wacker Drive, Suite 1100
Chicago, Illinois 60606
Ph. (312) 263-1500
Fax (312) 263-520

ATTORNEYS FOF DEFENDANT,
**SUBURBAN TEAMSTERS OF
NORTHERN ILLINOIS WELFARE
FUND**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Notice of Filing

Removal was served upon all counsel of record, to wit:

> Bruce W. Hodge
> **HODGE, JAMES & HERNANDEZ, L.L.P.**
> 134 E. Van Buren, Suite 310
> Harlingen, Texas 78550

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission

pursuant to the Texas Rules of Civil Procedure, on this the 30th day of July, 2001.

Benigno (Trey) Martinez

3

United States District Court
Southern District of Texas
RECEIVED

JUL 3 0 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**CIVIL ACTION**

| | |
|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SUBURBAN TEAMSTERS OF NORTHERN | ) |
| ILLINOIS WELFARE FUND | ) |
| | ) |
| Defendant. | ) |

CIVIL ACTION NO. _____  B - 0 1 - 130

## INDEX OF ATTORNEYS

1.   Bruce W. Hodge
     **HODGE, JAMES & HERNANDEZ, L.L.P.**
     134 E. Van Buren, Suite 310
     Harlingen, Texas  78550
     Attorneys for Plaintiff

2.   Barry G. Collins
     Illinois State Bar No. 3126979
     Northern District of Illinois Federal Admissions No. 03126979
     Robert S. Greenfield
     Illinois State Bar No. 6243023
     Northern District of Illinois Federal Admissions No. 06243023
     **ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.**
     125 South Wacker Drive, Suite 1100
     Chicago, Illinois 60606
     Ph. (312) 263-1500
     Fax (312) 263-1520
     Attorneys in Charge for Defendant

     Benigno (Trey) Martinez
     State Bar No. 00797011
     Federal Admissions No. 23945
     **MARTINEZ & BARRERA, L.L.P.**
     1201 E. Van Buren
     Brownsville, Texas 78520
     Ph. (956) 546-7159
     Fax (956) 544-0602
     Local Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | CIVIL ACTION NO. _____ |
| | ) | |
| SUBURBAN TEAMSTERS OF NORTHERN | ) | |
| ILLINOIS WELFARE FUND | ) | |
| | ) | |
| **Defendant.** | ) | |

## INDEX OF DOCUMENTS FILED

1.   Civil Cover Sheet

2.   Notice of Removal

     a.   State Court's Docket Sheet
     b.   Plaintiff's Original Petition
     c.   Citation served on Suburban Teamsters of Northern Illinois Welfare Fund
     d.   Notice of Appearance (not included on Docket Sheet)

3.   Notice of Filing Notice of Removal

4.   Index of Attorneys

5.   Index of Documents Filed

6.   Order for Conference and Disclosure of Interested Parties

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **LIFECARE HOSPITAL OF SOUTH TEXAS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. _____** |
| | ) | |
| **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES

1.  Counsel shall appear for an initial pretrial and scheduling conference before:

U. S. Judge _____
on _____, 2001 at _____ o'clock ____.m.
at the United States District Courthouse
Brownsville, Texas
(conference may be held telephonically if requested)

2.  Counsel shall prepare and file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If group can be specified by a general description, individual listing is not necessary. <u>Underline the name of each corporation whose securities are publicly traded.</u> If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pending of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3.  Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in the dismissal of this action by the court on its own initiative.

4.  After the parties meet as required by Fed. R. Civ. P. 26(f), counsel shall prepare and file not less than 10 days before the conference, a joint report of meeting and joint discovery/case management plan containing the information required on the attached form.

5.  The Court will enter a scheduling order and may rule on any pending motions at the conference.

6.  Counsel who file(s) or remove(s) an action ***is responsible for providing the other parties with a copy of this order and in addition*** must serve a copy of this order with the summons and complaint or with the notice of removal.

7.  Attendance by an attorney who has authority to bind the party is required at the conference.

8.  Counsel shall discuss with their clients and each other whether alternative dispute resolution is appropriate and at the conference shall advise the Court of the results of their discussions.

9.  A person litigating <u>pro se</u> is bound by the requirements imposed upon counsel in this Order.

10. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.


By Order of the Court