United States District Court
Southern District of Texas
RECEIVED

JUL 3 0 2001

**CIVIL ACTION**

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. B-01-130 |
| vs. ) | |
| ) | |
| SUBURBAN TEAMSTERS OF NORTHERN ) | |
| ILLINOIS WELFARE FUND ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND, and files this its Motion to Appear Pro Hac Vice and for cause would respectfully show unto the Court as follows:

I.

The undersigned and licensed attorney at law, licensed to practice by the State of Illinois, and member in good standing with the Illinois State Bar, see Exhibit "A" attached hereto and incorporated herein for all purposes, hereby inform this Court that he, along with Benigno (Trey) Martinez, will serve as co-counsel for Defendant, Suburban Teamsters of Northern Illinois Welfare Fund. The undersigned certifies and submits to the jurisdiction of this Court for disciplinary purposes and to local rules.

II.

The undersigned represents that he has not previously been convicted of a felony or a misdemeanor involving moral turpitude, nor been the subject of any disciplinary action by any Court of record.

WHEREFORE, PREMISES CONSIDERED, Defendant, Suburban Teamsters of Northern Illinois Welfare Fund, moves that this Court GRANT said Motion, and allow Barry G. Collins to appear in this cause for Trial and/or discovery.

Respectfully Submitted,

**ASHER, GITTLER, GREENFIELD & D'ALBA**

By: _____
Barry G. Collins
Illinois State Bar No. 3126979
Northern District of Illinois Federal
Admissions No. 03126979
Attorney In Charge
Robert S. Greenfield
Illinois State Bar No. 6243023
Northern District of Illinois Federal
Admissions No. 06243023
125 South Wacker Drive, Suite 1100
Chicago, Illinois 60606
Ph. (312) 263-1500
Fax (312) 263-1520


**MARTINEZ & BARRERA, L.L.P.**

By: _____
Benigno (Trey) Martinez
State Bar No. 00797011
Federal Admissions No. 23945
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND, | ) ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF BARRY G. COLLINS

I, Barry G. Collins, being first duly sworn on oath, depose and state as follows:

1.   I was admitted to the bar in the State of Illinois in 1980 and I remain a member in good standing.

2.   I was admitted to the bar of the United States District Court for the Northern District of Illinois in 1980 and I remain a member in good standing.

3.   I was admitted to the bar of the United States Court of Appeals for the Seventh Circuit in 1983 and I remain a member in good standing.

4.   No disciplinary proceedings against me are pending in any jurisdiction and, to the best of my knowledge, no disciplinary complaint has ever been filed.

_____
Barry G. Collins

Signed and sworn to before me
this 30th day of July, 2001.

_____
Notary Public

OFFICIAL SEAL
JACQUELINE S WHARTON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/22/03



EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Motion for Admission Pro Hac Vice was served upon all counsel of record, to wit:

Bruce W. Hodge
**HODGE, JAMES & HERNANDEZ, L.L.P.**
134 E. Van Buren, Suite 310
Harlingen, Texas 78550

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 30th day of July, 2001.

_____
Benigno (Trey) Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUBURBAN TEAMSTERS OF NORTHERN )<br>ILLINOIS WELFARE FUND )<br>)<br>Defendant. ) | CIVIL ACTION NO. _____ |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Came on to be considered Defendant's Motion for Admission Pro Hac Vice for Barry G. Collins, and after considering the Motion, the Court is of the opinion that same should be **GRANTED**;

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Admission Pro Hac Vice for Barry G. Collins is hereby **GRANTED**;

SIGNED AND ENTERED THIS _____ DAY OF _____, 2001.

_____
**PRESIDING JUDGE**