IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

AUG 0 7 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. B-01-130 |
| ) | |
| SUBURBAN TEAMSTERS OF NORTHERN ) | |
| ILLINOIS WELFARE FUND ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S LIST OF ALL FINANCIALLY INTESTERED ENTITIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND**, Defendant in the above entitled and numbered cause, and, subject to and without waiving any anticipated Motion to Transfer Venue, files this the Defendant's List Of All Financially Interested Entities other than the named Plaintiffs. They

...ters of Northern Illinois Welfare Fund

Respectfully Submitted,

ASHER, GITTLER, GREENFIELD & D'ALBA

By: _____ w/ permission
Barry G. Collins
Illinois State Bar No. 3126979
Northern District of Illinois Federal
Admissions No. 03126979
Attorney In Charge

Robert S. Greenfield
Illinois State Bar No. 6243023
Northern District of Illinois Federal
Admissions No. 06243023
125 South Wacker Drive, Suite 1100
Chicago, Illinois 60606
Ph. (312) 263-1500
Fax (312) 263-1520

**MARTINEZ & BARRERA, L.L.P.**
Benigno (Trey) Martinez
State Bar No. 00797011
Federal Admissions No. 23945
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

ATTORNEYS FOR DEFENDANT,
**SUBURBAN TEAMSTERS OF
NORTHERN ILLINOIS WELFARE
FUND**

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record, to wit:

Bruce W. Hodge
**HODGE, JAMES & HERNANDEZ, L.L.P.**
134 E. Van Buren, Suite 310
Harlingen, Texas  78550

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the _____ day of August, 2001

_____
Barry G. Collins