IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS § | |
|    Plaintiff § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-130 |
| § | |
| § | |
| SUBURBAN TEAMSTERS OF NORTHERN § | |
| ILLINOIS WELFARE FUND § | |
|    Defendant § | |

## PLAINTIFF'S LIST OF ALL FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW **LIFECARE HOSPITAL OF SOUTH TEXAS**, Plaintiff in the above entitled and numbered cause, and, subject to and without waiving any anticipated Motion to Transfer Venue, files this the Plaintiff's List Of All Financially Interested Entities other than the named Defendant. They are as follows:

1. Lifecare Hospital of South Texas;

2. Bruce W. Hodge, Law Offices of Hodge, James & Hernandez, L.L.P, 134 E. Van Buren, Suite 310, Harlingen, Texas 78550;

3. James Madison, Weiner, Weiss & Madison, 333 Texas Street, Suite 2350, Shreveport, Louisiana 71101.

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
134 E. Van Buren, Suite 310
Harlingen, Texas 78550
Tel: (956) 425-7400
Fax: (956) 425-7707

By: _____
BRUCE W. HODGE
Federal I.D. No. 4003
State Bar No. 09751700

Attorneys for Plaintiff

## Certificate Of Service

I hereby certify that a true and correct copy of the above and foregoing, Plaintiff's List Of All Financially Interested Entities, served on the 17th day of August, 2001, to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via personal delivery as follows:

Via CMRRR:
Mr. Barry G. Collins
Mr. Robert S. Greenfield
Asher, Gittler, Greenfield & D'Alba
125 South Wacker Drive, Suite 1100
Chicago, Illinois 60606

Benigno (Trey) Martinez
Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
 *Attorneys for Defendant*

_____
Bruce W. Hodge

2