8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 1 3 2001
Michael N. Milby
Clerk of Court

| | |
|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. B-01-130 |
| SUBURBAN TEAMSTERS OF NORTHERN ) ILLINOIS WELFARE FUND ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND, and files this its Motion to Appear Pro Hac Vice and for cause would respectfully show unto the Court as follows:

I.

The undersigned and licensed attorneys at law, licensed to practice by the State of Illinois, and members in good standing with the Illinois State Bar, see Exhibits "A" and "B" attached hereto and incorporated herein for all purposes, hereby inform this Court that they, along with Benigno (Trey) Martinez, will serve as co-counsel for Defendant, Suburban Teamsters of Northern Illinois Welfare Fund. The undersigned certify and submit to the jurisdiction of this Court for disciplinary purposes and to local rules.

II.

The undersigned represent that they have not previously been convicted of a felony or a misdemeanor involving moral turpitude, nor been the subject of any disciplinary action by any Court of record.

WHEREFORE, PREMISES CONSIDERED, Defendant, Suburban Teamsters of Northern Illinois Welfare Fund, moves that this Court GRANT said Motion, and allow Barry G. Collins and Robert S. Greenfield to appear in this cause for Trial and/or discovery.

Respectfully Submitted,

**ASHER, GITTLER, GREENFIELD & D'ALBA**
125 South Wacker Drive, Suite 1100
Chicago, Illinois 60606
Ph. (312) 263-1500
Fax (312) 263-1520

By: _____
Barry G. Collins
Illinois State Bar No. 3126979
Northern District of Illinois Federal
Admissions No. 03126979
Attorney In Charge

By: _____
Robert S. Greenfield
Illinois State Bar No. 6243023
Northern District of Illinois Federal
Admissions No. 06243023

**MARTINEZ & BARRERA, L.L.P.**
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 546-7159
Fax (956) 544-0602

By: _____
Benigno (Trey) Martinez
State Bar No. 00797011
Federal Admissions No. 23945

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Motion for Admission Pro Hac Vice was served upon all counsel of record, to wit

Bruce W. Hodge
**HODGE, JAMES & HERNANDEZ, L.L.P.**
134 E. Van Buren, Suite 310
Harlingen, Texas 78550

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the ___ day of September, 2001.

_____
Benigno (Trey) Martinez

## CERTIFICATE OF CONFERENCE

The undersigned counsel has contacted Mr. Bruce W. Hodge, attorney for Plaintiff, and he does not oppose the foregoing motion.

_____
Benigno (Trey) Martinez

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

|  |  |
|---|---|
| [Plaintiff], | ) |
|  | ) |
| vs. | ) No. [illegible] |
|  | ) |
| SUBURBAN TEAMSTERS OF NORTHERN | ) |
| ILLINOIS PENSION FUND, | ) |
|  | ) |
| Defendant. | ) |

AFFIDAVIT OF BARRY G. COLLINS

Barry G. Collins, being first duly sworn on oath, deposes and states as follows:

1. I was admitted to the bar in the State of Illinois in 1980 and I remain a member in good standing.

2. I was admitted to the bar of the United States District Court for the Northern District of Illinois in 1980 and I remain a member in good standing.

3. I was admitted to the bar of the United States Court of Appeals for the Seventh Circuit in 1983 and I remain a member in good standing.

4. No disciplinary proceedings against me are pending in any jurisdiction and, to the best of my knowledge, no disciplinary complaint has ever been filed.

_____
Barry G. Collins

Signed and sworn to before me
this 30th day of July, 2001.

_____
Notary Public

OFFICIAL SEAL
JACQUELINE S WHARTON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/22/03

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | |
|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| SUBURBAN TEAMSTERS OF NORTHERN ) | |
| ILLINOIS WELFARE FUND, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF ROBERT S. GREENFIELD

I, Robert S. Greenfield, being first duly sworn on oath, depose and state as follows:

1. I was admitted to the bar in the State of Illinois in 1997 and I remain a member in good standing.

2. I was admitted to the bar of the United States District Court for the Northern District of Illinois in 1997 and I remain a member in good standing.

3. No disciplinary proceedings against me are pending in any jurisdiction and, to the best of my knowledge, no disciplinary complaint has ever been filed

_____
Robert S. Greenfield

Signed and sworn to before me
this 4th day of September, 2001.

_____
Notary Public

**OFFICIAL SEAL**
JACQUELINE S WHARTON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/22/03



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. B-01-130 |
| ) | |
| SUBURBAN TEAMSTERS OF NORTHERN ) | |
| ILLINOIS WELFARE FUND ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Came on to be considered Defendant's Motion for Admission Pro Hac Vice for Barry G. Collins and Robert S. Greenfield, and after considering the Motion, the Court is of the opinion that same should be **GRANTED**;

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Admission Pro Hac Vice for Barry G. Collins and Robert S Greenfield is hereby **GRANTED**;

SIGNED AND ENTERED THIS _____ DAY OF _____, 2001.

_____
**PRESIDING JUDGE**