9

United States District Court
Southern District of Texas
ENTERED

SEP 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. B-01-130 |
| SUBURBAN TEAMSTERS OF NORTHERN ) ILLINOIS WELFARE FUND ) | |
| Defendant. ) | |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Came on to be considered Defendant's Motion for Admission Pro Hac Vice for Barry G. Collins and Robert S. Greenfield, and after considering the Motion, the Court is of the opinion that same should be GRANTED;

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Admission Pro Hac Vice for Barry G. Collins and Robert S. Greenfield is hereby GRANTED;

SIGNED AND ENTERED THIS _18_ DAY OF _September_, 2001.

_____
PRESIDING JUDGE