| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

LIFECARE HOSPITAL OF §
SOUTH TEXAS §
§
versus § CIVIL ACTION NO: B: 01-130
§
§
SUBURBAN TEAMSTERS OF §
NORTHERN ILLINOIS WELFARE FUND

# Order Resetting Conference

The initial pre-trial conference set for *December 17, 2001*, has been reset to:

**January 8, 2002 at 2:15 p.m.**

Signed on _November 21_, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge