12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

DEC 2 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-130 |
| | § | |
| | § | |
| SUBURBAN TEAMSTERS OF NORTHERN | § | |
| ILLINOIS WELFARE FUND | § | |
| Defendant | § | |

## PLAINTIFF'S JURY DEMAND

NOW COMES Plaintiff LIFECARE HOSPITAL OF SOUTH TEXAS, and hereby respectfully requests a trial by jury in this action as required by Rule 38 of the Federal Rules of Civil Procedure.

Signed on this the 26th day of December, 2001.

Respectfully submitted,

HODGE, JAMES & HERNANDEZ, L.L.P.
P.O. Box 534329 (78553)
134 E. Van Buren, Suite 310
Harlingen, Texas 78550
Tel: (956) 425-7400
Fax: (956) 425-7707

By: _____
BRUCE W. HODGE
Federal I.D. No. 4003
State Bar No. 09751700

LISA M. MOUNT
Federal I.D. No. 15307
State Bar No. 06571040

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Plaintiff's Jury Demand, was served on the 26th day of December, 2001, to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via personal delivery as follows:

Mr. Barry G. Collins
Mr. Robert S. Greenfield
Asher, Gittler, Greenfield & D'Alba
125 South Wacker Drive, Suite 1100
Chicago, Illinois 60606

Benigno (Trey) Martinez
Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
   *Attorneys for Defendant*

Bruce W. Hodge