13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Lifecare Hospital of South Texas | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-01-130 |
| Suburban Teamsters of Northern Illinois Welfare Fund | § § § § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on January 7, 2002 the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for management through trial. Judge Recio will conduct the initial pretrial conference, enter a scheduling order, hold any necessary hearings, and complete report and recommendations on dispositive motions.

If, by the time the case is ready for trial, the Parties have not consented to trial by the Magistrate Judge, the trial will be promptly set before United States District Judge Hilda G. Tagle.

The parties are further advised that the initial pre-trial conference set for the 8th day of January, 2002 is hereby cancelled until further notice by the Magistrate Judge.

DONE at Brownsville, Texas, this 7 day of July, 2002.

Hilda G. Tagle
United States District Judge

1