*14*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JAN 2 4 2002
Michael N. Milby
Clerk of Court

LIFECARE HOSPITAL OF SOUTH TEXAS  *

vs  * CIVIL ACTION NO. B-01-130

SUBURBAN TEAMSTERS OF NORTHERN  *
ILLINOIS WELFARE FUND

United States District Court
Southern District of Texas
ENTERED
JAN 2 5 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## INITIAL PRETRIAL CONFERENCE

**Thursday, January 31, 2002, @ 2:30 P.M.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:  UNITED STATES DISTRICT COURT
600 E. Harrison, 2nd Floor
Brownsville, Texas 78520
(956) 548-2701

**BY ORDER OF THE COURT**

January 24, 2002

cc:  Counsel of Record