15

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

FEB 0 4 2002

Michael N. Milby
Clerk of Court

Law Clerk:      Ryan A. Byrd

Date:           JAN 31, 2002, 2:30 PM

---

C. A. NO. B01-130 (HGT)

---

| | | |
|---|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS | * | Bruce W Hodge & Lisa M Mount |
| VS | * | |
| SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND | * | Trey Martinez, Barry G Collins, & Robert S Greenfield |

---

INITIAL PRETRIAL CONFERENCE

Conference held with attorneys Mount and Martinez.

The parties agreed to the docket dates. A scheduling order will be filed.