| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

LIFECARE HOSPITAL OF SOUTH TEXAS   §

   VS   §   B-01-130 (Judge Tagle)

SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND   §

*United States District Court*
*Southern District of Texas*
**ENTERED**
**FEB 0 4 2002**
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4__ days.   ☐ Bench  ☑ Jury

2. New parties must be joined by:   **March 1, 2002**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:   **March 1, 2002**

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.   **April 1, 2002**

5. Discovery must be completed by:   **May 30, 2002**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery*

6. Mediation before Magistrate Judge Felix Recio is set for 1:00 p.m. on:   **June 6, 2002**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   The court will provide these dates.   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7. Dispositive Motions will be filed by:   **July 1, 2002**

8. Joint pretrial order is due:   **July 15, 2002**
   *The plaintiff(s) is responsible for filing the pretrial order on time*

9. Docket call and final pretrial conference before Judge Tagle is set for 1:30 p.m. on:   **August 1, 2002**
   *The case will remain on standby until tried.*

10. The jury selection before Judge Tagle is set for 9:00 a.m. on:   **August 5, 2002**

The case will remain on standby until tried.

Signed __January 31, 2002__, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge