*17*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-01-130 |
| | * | |
| SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND | * | |

## ORDER RESETTING MEDIATION

The Defendant's Unopposed Oral Motion to Continue the Mediation set for June 6, 2002, is hereby **GRANTED**. The mediation is hereby reset to June 14, 2002, at 9:00 a.m.

DONE at Brownsville, Texas, this 3rd day of June 2002.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520