IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-130 |
| | § | |
| | § | |
| SUBURBAN TEAMSTERS OF NORTHERN | § | |
| ILLINOIS WELFARE FUND | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

Please be advised the parties have reached a settlement in this case. The parties will file a Stipulation of Dismissal upon execution of all settlement documents.

Respectfully submitted,

HODGE & JAMES, L.L.P.
134 E. Van Buren, Suite 310
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707

Bruce W. Hodge
Federal I.D. No. 4003
State Bar No. 09751700

Lisa M. Mount
Federal I.D. No. 15307

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Notice of Settlement has been served on the 13th day of June, 2002, to all attorneys of record as follows:

<u>Via Fax No.: (312) 263-1520</u>

Mr. Barry G. Collins
Mr. Robert S. Greenfield
Asher, Gittler, Greenfield & D'Alba
125 South Wacker Drive, Suite 1100
Chicago, Illinois 60606

<u>Via Fax No.: (956) 544-0602</u>

Benigno (Trey) Martinez
Martinez & Barrera, L.L.P.
1201 E. Van Buren
Brownsville, Texas 78520
   *Attorneys for Defendant*

_____
Lisa M. Mount