19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JUN 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LIFECARE HOSPITAL OF SOUTH TEXAS | * | |
| Plaintiff, | * | |
| VS | * | CIVIL ACTION NO. B-01-130 |
| | * | |
| SUBURBAN TEAMSTERS NORTHERN ILLINOIS WELFARE FUND | * | |
| Defendant. | | |

### FINAL ORDER OF DISMISSAL

BE IT REMEMBERED that on June 13, 2002, the Court considered the Parties' Notice of Settlement [Dkt. No. 18]. The Court, having been advised by counsel that a settlement had been reached, dismisses this case with prejudice. All parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, on ___19___ day of June 2002.

_____
Hilda Tagle
United States District Judge